# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FT. PIERCE DIVISION

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.

      Defendant.

_____/

Case No.: **00-14392**

Magistrate Judge: **CIV-GRAHAM**

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

DEC 20 PM 3

## NOTICE OF REMOVAL

Defendant, SEARS, ROEBUCK AND CO., hereby files this Notice of Removal of this action to the United States District Court for the Southern District of Florida, Ft. Pierce Division, and states as follows:

1.    A civil action was commenced and is now pending in the Nineteenth Judicial Circuit, in and for Martin County, Florida, in which the above named ROBERT EMRICH is the Plaintiff, and SEARS, ROEBUCK AND CO. is the Defendant.

2.    This action is one over which this Court has original jurisdiction under provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), and is between citizens of different stats.

3.    This action involves a controversy between citizens of different states as follows:



Robert Emrich v. Sears, Roebuck and Co.
Case No.:
Notice of Removal

        a.      Plaintiff is now, and at the time of the commencement of this action was, an individual residing in Palm Beach County, Florida.

        b.      Defendant is now, and at the time of the commencement of this action was, a corporation duly incorporated under and by virtue of the laws of the State of New York and was not and is not incorporated under and by virtue of the laws of the State of Florida.

        c.      Defendant had at the time of the commencement of this action, and now has its principal place of business in the State of Illinois and by virtue of having its principal place of business in the State of Illinois was not and is not a citizen of the State of Florida.

        4.      This Notice of Removal is filed in this Court within thirty (30) days after amendment of Plaintiff's Complaint on December 20, 2000, in which the Plaintiff amended his Complaint from stating that the action was for damages in excess of $15,000.00, but less than $75,000.00, in order to remove the restriction on damages being less than $75,000.00. A copy of the Motion to Amend Complaint and Motion for Withdrawal or Amendment of Admissions, and the state court's Order granting Motion to Amend Complaint are attached as Composite Exhibit "A". This Notice of Removal is also served within one (1) year of the filing of the Complaint. Therefore, the time for filing this Notice of Removal under the provisions of 28 U.S.C. § 1446(b) has not expired.

        5.      Written Notice of the filing of this Notice of Removal has been given to all adverse parties as required by law.

Robert Emrich v. Sears, Roebuck and Co.
Case No.:
Notice of Removal

    6.      A true and correct copy of this Notice of Removal will be filed with the Clerk of the Nineteenth Judicial Circuit, in and for Martin County, Florida, as provided by law.

    7.      There is attached hereto and incorporated herein as Exhibit "B", a true an correct copy of all state court pleadings in this action.

    WHEREFORE, Defendant, SEARS, ROEBUCK AND CO., prays that it may effect the removal of this action from the Nineteenth Judicial Circuit, in and for Martin County, Florida, to this Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U. S. Mail this 20th day of December, 2000 to: Joseph L. Mannikko, Esq., Mannikko & Baris, 870 S.W. Martin Downs Boulevard, #1, Palm City, Florida 34990.

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401-4323
561/833-9800 [ofc]
561/655-5551 [fax]

JOSE D. SOSA
Florida Bar No.: 150878

101839_1

3

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,                          **CASE NO.: 99-897 CA**
                                        **JUDGE: BEN L. BRYAN, JR.**

       **Plaintiff,**

**VS**

**SEARS, ROEBUCK AND CO.**

       **Defendant,**

_____/

### PLAINTIFF'S MOTION
### TO AMEND COMPLAINT

Plaintiff moves to amend the Complaint to delete paragraph 1 and to substitute in its stead the following paragraph:

    This is an action for damages in excess of $15,000.00

1.    The plaintiff did not consent nor agree to any limitation on the amount of his damages. The limitation was interposed by his former counsel, Eric J. Bruning, without the plaintiff's knowledge.

2.    The facts behind the inclusion of the damages limitation in the Complaint are set forth in the plaintiff's motion to withdraw or amend an admission, which is incorporated herein, and filed herewith.

3.    Amendment of a pleading by leave of court shall be freely allowed when justice so requires. Rule 1.190. '

    WHEREFORE, the plaintiff requests that he be allowed to amend the Complaint, and that the Court issue an order deeming the Complaint amended as of the date of the Order.



EXHIBIT
"A"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this ___13___ day of December, 2000, to **Jose D. Sosa, Esquire**, at Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401-4323.

**MANNIKKO & BARIS**

By: _____

Joseph L. Mannikko 383120
E. Barbara Baris 0894052
Brent Baris 0093122
870 S.W. Martin Downs Boulevard, #1
Palm City, Florida 34990
(561) 283-0084 phone
(561) 283-1084 facsimile

F:\EMRICH\Mot to Amend Comp.wpd

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,

          Plaintiff,

vs

SEARS, ROEBUCK AND CO.

          Defendant,

_____/

**CASE NO.: 99-897 CA**
**JUDGE: BEN L. BRYAN, JR.**

## PLAINTIFF'S MOTION FOR WITHDRAWAL
## OR AMENDMENT OF ADMISSION

Plaintiff moves, pursuant to Rule 1.370(b) for an order permitting withdrawal or amendment of an admission.

1.    The facts requiring this withdrawal or amendment are somewhat lengthy.

2.    On or about August 11, 1999, the plaintiff commenced an action in the Circuit Court in Martin County, entitled *Robert Emrich vs. Sears, Roebuck & Company*, Case no. 99-572-CA.

3.    On or about September 13, 1999, the defendant removed the action from state court to the United States District Court for the Southern District of Florida, Fort Pierce Division, Case no. 99-14277-CIV-DAVIS/LYNCH.

4.    On information and belief, the plaintiff's then counsel, Eric J. Bruning, was unwilling to try the case in federal court.  Consequently, on October 20, 1999, he filed a Notice of Voluntary Dismissal Without Prejudice of the federal court action.

5.    On October 29, 1999, the Honorable Edward B. Davis issued an Order to Show Cause who the Court should not strike the Notice of Dismissal Without Prejudice for failure to comply with Fed. R. Civ. P. 41(a)(i), and in response thereto the parties

filed a proper Joint Stipulation of Notice of Voluntary Dismissal Without Prejudice on November 8, 1999.

6. Subsequently, and in order to avoid a second removal to federal court on the basis of diversity jurisdiction, the plaintiff's former counsel filed a second complaint in Martin County, Case No. 99-897-CA, in which he alleged an identical cause of action, with the exception that he alleged that the action was for damages in excess of $15,000.00, but less than $75,000.00.

7. The intent of plaintiff's former counsel was apparently to avoid a removal by taking this case out of the jurisdictional limitations of the federal district court's diversity jurisdiction.

8. Plaintiff's former counsel had no authority nor approval of the plaintiff to limit the client's damages in this fashion, and the plaintiff had no knowledge of Mr. Bruning's actions.

9. Subsequently, the defendant sent a request for admissions to the plaintiff requesting that the plaintiff admit that his damages were less than $75,000.00. Mr. Bruning filed an answer admitting that the damages were less than $75,000.00.

10. The plaintiff had no knowledge of, and did not consent nor agree to, the filing of an admission limiting his damages in this fashion.

11. The plaintiff alleges that he stepped on a nail in a public area of the defendant's premises, which went through his foot, causing osteomyelitis, and resulting in the amputation of the fourth toe on his right foot and a portion of the fourth metatarsal. The plaintiff had suffered a disabling injury as a young child, which made walking difficult for him before this incident. The amputation of his right fourth toe and a

portion of the metatarsal left him with a substantially decreased ability to walk and a substantially increased disability. Consequently, the plaintiff's injuries exceed the sum of $75,000.00.

12.  Rule 1.370(b) provides that the Court may permit withdrawal or amendment when the presentation of the merits of the action will be subserved by it and the party who obtained the admission fails to satisfy the court that withdrawal or amend will prejudice that party in maintaining an action or defense on the merits.

13.  No prejudice will result to the defendant by allowing the plaintiff to avoid the unauthorized limitations placed upon his cause of action by his former counsel.

WHEREFORE, the plaintiff requests that he be allowed to withdraw or amend his answer to deny that his damages are limited to $75,000.00.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this _13_ day of December, 2000, to **Jose D. Sosa, Esquire**, at Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401-4323.

MANNIKKO & BARIS

By: _____
Joseph L. Mannikko 383120
E. Barbara Baris 0894052
Brent Baris 0093122
870 S.W. Martin Downs Boulevard, #1
Palm City, Florida 34990
(561) 283-0084 phone
(561) 283-1084 facsimile

F:\EMRICH\Mot for Withdrawal of Adm.wpd

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## MARTIN COUNTY, FLORIDA

_Robert Emrich_

Case No. _79-797-JA_

VS.

_Sears Roebuck & Co._

---

## ORDER

THIS CAUSE having come on to be heard on _____ _Plaintiff_ _____'s Motion to/for _Amend Complaint_ _____, and the Court being fully advised in the premises, it is:

**ORDERED and ADJUDGED as follows:**

1. The Motion is _granted_ _____.

2. _____

DONE and ORDERED at Stuart, Martin County, Florida, the ___ day of _____, 20___.

_____
**BEN L. BRYAN, JR., Circuit Judge**

cc: _Pepe Sosa_
_Joseph Mannikco_

I hereby certify that a copy of the foregoing Order was furnished to the above named parties on _____, 19___.

_____

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,

Plaintiff,

vs

SEARS, ROEBUCK AND CO.

Defendant,

_____/

CASE NO.: 99-897CA

JUDGE BEN L. BRYAN, JR.

FILED FOR RECORD
MARTIN CO., FL
1999 DEC 20 PH 2: 16
MARSHA STILLER
CLERK OF CIRCUIT COURT
BY _____ D.C.

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, ROBERT EMRICH, by and through his undersigned

counsel, and sues the Defendant, SEARS, ROEBUCK AND CO., and would allege as follows:

1. That this is an action for damages in excess of the sum of Fifteen Thousand

($15,000.00) Dollars but less than Seventy Five Thousand ($75,000.00) Dollars within the

jurisdiction of this Court.

2.     That on or about September 13, 1997, the Defendant, SEARS, ROEBUCK AND

CO., a New York Corporation, was the owner and operator of a SEARS, ROEBUCK AND CO.

Store located on U.S. Highway One in Jensen Beach, Martin County, Florida, herein after

referred to as "PREMISES".

3.     That on said date, the Plaintiff, ROBERT EMRICH, was a business invitee on

said "PREMISES".

4.     That the Defendant, SEARS, ROEBUCK AND CO., was responsible for the

maintenance of the "PREMISES" and owed a duty of reasonable care to the Plaintiff..

5.     That the Defendant, SEARS, ROEBUCK AND CO., a New York Corporation,

negligently maintained the floor within the "PREMISES", specifically by leaving a nail on the



EXHIBIT "B"

floor that pierced the Plaint    shoe and went through his foot.

6.    That the Defendant, SEARS, ROEBUCK AND CO.,  failed to maintain and keep the "PREMISES" in a safe condition, and further to failed to inspect the area, as a reasonable inspection would have revealed the dangerous condition in question.

7.    That this negligent condition was known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of it.

8.    That the Defendant, SEARS, ROEBUCK AND CO., failed in their duty to use reasonable care to learn of the existence of the dangerous conditions on the premises, and/or failed to: (a) eliminate the known danger; (b) to protect invitees from the known danger by excluding them from the area of danger; (c)  to provide warnings as to the danger or to take some combinations of these actions.

9.    That as a direct and proximate result of the foregoing, the Plaintiff,  ROBERT EMRICH, was injured in and about her body and extremities, suffered pain and suffering therefrom, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of a pre-existing condition.  The losses are either permanent or continuing in nature and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff,  ROBERT EMRICH, demands judgment for damages against the Defendant,  SEARS, ROEBUCK AND CO., a New York Corporation, and a trial by jury of all issues so triable as a matter of right by jury.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US mail to: Jose D. Sosa, Esquire, Arnstein & Lehr, 515 N. Flagler Drive, Suite 600, West Palm Beach, Florida 33401 this ___15___ day of ~~October~~, 1999.
                                    December

GOLDMAN, BRUNING, MILDNER,
   RACIN, BONCEK, MERRILL, L.L.C.
Attorneys for Plaintiff
10570 S. U.S. Highway One
Port St. Lucie, Florida 34952
(561) 878-4700 FAX 335-8359


By_____
    ERIC J. BRUNING, ESQUIRE
    Florida Bar No. 353159

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN AND
FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

CONFORMED
COPY

## DEFENDANT, SEARS, ROEBUCK AND CO.'S ANSWER
## AND AFFIRMATIVE DEFENSES TO COMPLAINT

Defendant, SEARS, ROEBUCK AND CO. ("Sears"), by and through its undersigned

counsel and pursuant to applicable rules of civil procedure, hereby submits this Answer and

Affirmative Defenses to the Complaint filed by the Plaintiff, ROBERT EMRICH ("Plaintiff"), and

states as follows:

    1.    In response to paragraph 1 of Plaintiff's Complaint, Sears admits only the Plaintiff

seeks damages in excess of the jurisdictional minimum of this Court. Sears, however, denies

that the Plaintiff is entitled to any recovery against Sears whatsoever.

    2.    Sears admits the allegations contained in paragraph that it operates a store

located on U.S. Highway One in Jensen Beach, Martin County, Florida. Sears denies the

remaining allegations contained in paragraph 2 of Plaintiff's Complaint and demands strict

proof thereof.

    3.    Sears is without knowledge and therefore denies the allegations contained in

paragraph 3 of Plaintiff's Complaint and demands strict proof thereof.



Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Sears, Roebuck and Co.'s Answer and Affirmative Defenses

4.      Sears denies the allegations contained in paragraph 4 of Plaintiff's Complaint and demands strict proof thereof.

5.      Sears denies the allegations contained in paragraph 5 of Plaintiff's Complaint and demands strict proof thereof.

6.      Sears denies the allegations contained in paragraph 6 of Plaintiff's Complaint and demands strict proof thereof.

7.      Sears denies the allegations contained in paragraph 7 of Plaintiff's Complaint and demands strict proof thereof.

8.      Sears denies the allegations contained in paragraph 8 of Plaintiff's Complaint and demands strict proof thereof.

9.      Sears denies the allegations contained in paragraph 9 of Plaintiff's Complaint and demands strict proof thereof.

10.     Sears herein denies allegations contained in Plaintiff's Complaint not specifically admitted and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

11.     **Negligence.**  As its first affirmative defense, Sears states that at the time and place alleged in Plaintiff's Complaint, Plaintiff was negligent by failing to use that degree of care which would have been used under the same or similar circumstances by an ordinary, reasonable and prudent person, and this negligence on the part of the Plaintiff was the sole and proximate cause of the alleged injuries complained of in Plaintiff's Complaint.

12.     **Comparative Negligence.**  As its second affirmative defense, Sears states that at the time and place alleged in Plaintiff's Complaint, Plaintiff failed to use that degree of care

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Sears, Roebuck and Co.'s Answer and Affirmative Defenses

that would have been used under the same or similar circumstances by an ordinary, reasonable and prudent person, and this negligence on the part of the Plaintiff contributed to cause the alleged injuries complained of in Plaintiff's Complaint.  Plaintiff's claims against Sears must therefore be reduced in proportion to the negligence of the Plaintiff.

13.    **Failure to Mitigate Damages.** As its third affirmative defense, Sears states that the Plaintiff has failed to mitigate his damages, if any, and is therefore not entitled to recovery of any damages which could have been mitigated.

14.    **Collateral Source.** As its fourth affirmative defense, Sears states that Plaintiff has been compensated by collateral sources and that Sears is entitled to any set-offs or reductions in liability from the collateral sources available to the Plaintiff.

15.    **Third-Party Negligence.** As its fifth affirmative defense, Sears states that the alleged injuries to the Plaintiff were caused in whole or in part by the negligence of third-parties over whom Sears had no control.  Plaintiff's claims against Sears must therefore be reduced in proportion to the negligence of the third parties.

16.    **Lack of Foreseeability.** As its sixth affirmative defense, Sears states that the incident alleged in Plaintiff's Complaint could not be anticipated and was, therefore, not foreseeable.

17.    **Open and Obvious Condition.** As its seventh affirmative defense, Sears states that the condition complained of by Plaintiff was one which was open and obvious and, as a result thereof, Plaintiff is barred from recovery herein.

18.    Sears reserves the right to supplement its affirmative defenses following completion of discovery in this case.

-3-

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Sears, Roebuck and Co.'s Answer and Affirmative Defenses

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this 16th day of February, 2000 to: Eric J. Bruning, Esq., Goldman, Bruning, Mildner, Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida 34952.

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401-4323
561/833-9800 [ofc]
561/655-5551 [fax]

JOSE D. SOSA
Florida Bar No.: 150878

86463_1

-4-

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,                              CASE NO.: 99-897 CA
                                            JUDGE: BEN L. BRYAN, JR.
              Plaintiff,

vs

SEARS, ROEBUCK AND CO.

              Defendant,
_____/

## PLAINTIFF'S AMENDED NOTICE OF HEARING
### (Uniform Motion Calendar)

**PLEASE TAKE NOTICE** that the plaintiff will bring on before the **Honorable Ben**

**L. Bryan, Jr.,** at the **Martin County Courthouse, Stuart, FL,** on **Wednesday, December**

**20, 2000,** at **9:00 a.m.,** or as soon thereafter as the same may be heard:

**PLAINTIFF'S MOTION FOR WITHDRAWAL OR AMENDMENT OF ADMISSION**

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

### CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was
furnished via facsimile (**561- 655-5551**) and mailed this _18_ day of December, 2000, to
**Jose D. Sosa, Esquire,** at Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm
Beach, Florida 33401-4323.

                              MANNIKKO & BARIS

                              By: _____
                              Joseph L. Mannikko 383120
                              E. Barbara Baris 0894052
                              Brent Baris 0093122
                              870 S.W. Martin Downs Boulevard, #1
                              Palm City, Florida 34990
                              (561) 283-0084 phone
                              (561) 283-1084 facsimile

F:\EMRICH\Mot to Amend Comp.noh2.wpd

DEC 2 0 2000

DOCKETED

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## MARTIN COUNTY, FLORIDA
### CIVIL DIVISION

Robert Emrich

            Plaintiff,

vs.                                                    **CASE NO:**    99-572 CA

Sears, Roebuck and Co.

            Defendant.

---

## ORDER TO SHOW CAUSE AND
## SELF-EXECUTING JUDGMENT OF DISMISSAL
## (FLA.R.CIV.P. 1.420(e))

THE COURT finds that it does not affirmatively appear from filing of pleadings, order

of Court, or otherwise for a period of one year, that this action is being prosecuted.  It is

therefore

ORDERED as follows:

1.      Good cause must be shown why this action should not be dismissed for lack
of prosecution at least (5) days before the hearing set in paragraph (3).

2.      The showing of good cause must be in writing and filed with the Clerk of the
Court.

3.      If a showing of good cause is filed as provided in paragraph (2), a hearing on
the issue will be held on ___December 21st__, 2000, at ___9:00 AM__ before the
undersigned in Courtroom "A" at the Martin County Courthouse, 100 East Ocean
Boulevard, Stuart, Florida 34994.

4.      If no showing of good cause is filed with the clerk within the time specified in
paragraph (1), this action will stand dismissed for lack of prosecution without further order
of Court on the date specified in paragraph (3) and the Plaintiff, __Robert Emrich____, will
take nothing by this action and the Defendant, _Sears Roebuck and Co._, shall go hence
without day.

RECEIVED

NOV 3 0 2000

NOV 2 9 2000

DOCKETED

ARNSTEIN & LEHR

DONE AND ORDERED this _27_ day of _NOV_ , 2000, in Stuart, Martin County, Florida.

BEN L. BRYAN JR.
Circuit Judge

        If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact Elsie Hutton, Executive Assistant, P. O. Box 9016, Stuart, Florida 34995, (561) 288-5576 within 2 working days of your receipt of this document.  If you are hearing or voice impaired, call 1-800-955-8771.

99-572 CA

Copies furnished:

    Eric J. Bruning, Esquire        ( Plaintiff Attorney )
    10570 S. U.S. Highway One
    Port St. Lucie,Fl. 34952

    Jose D. Sosa        (Defendant Attorney)
    515 North Flagler Drive, Suite 600
    West Palm Beach, Fl. 33401-4323

    Jeseph L. Mannikko, Esquire
    870 S.W. Martin Downs Blvd.
    Palm City, Fla. 34990

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

CASE NO. 99-897 CA

ROBERT EMRICH,

    Plaintiff,

vs.

SEARS, ROEBUCK and CO.,

    Defendant.

_____/



CONFORMED COPY

## DEFENDANT'S RESPONSE TO REQUEST FOR COPIES

Defendant, SEARS, ROEBUCK and CO. ("Sears"), by and through its undersigned

attorneys, and pursuant to applicable Rules of Civil Procedure, hereby respond to Plaintiff's

Request for Copies as follows:

    1.    Morton Grant, M.D. - no records received.

    2.    Treasure Coast Podiatry - records attached.

    3.    Martin County Anesthesia - no records received.

    4.    InterTown, Inc. - no records received.

    5.    Corning Clinical Lab - no records received.

    6.    East Coast Medical - records attached.

    7.    Palm Beach Gardens Medical Center - records attached.

    8.    Dreyer & Delrowe Eye Center - records attached.

    9.    Columbia Medical Center - records attached.

DOCKETED

NOV 3 0 2000

DOCKET

RECEIVED

NOV 2 8 2000

ARNSTEIN & LEHR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail on this 22nd day of November, 2000 to Joseph L. Mannikko, Esq. 870 S.W. Martin Downs Boulevard, #1, Palm City, FL 34990.

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401-4323
561-833-9800, Fax 561-655-5551


JOSE D. SOSA
Florida Bar No.150878

100584

2

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,                                   **CASE NO.: 99-897 CA**
                                                 **JUDGE: BEN L. BRYAN, JR.**
        **Plaintiff,**

**vs**

SEARS, ROEBUCK AND CO.

        **Defendant,**

_____/

**RECEIVED**
**NOV 1 7 2000**
**ARNSTEIN & LEHR**

## NOTICE OF UNAVAILABILITY

Please take notice that Joseph L. Mannikko, E. Barbara Baris and Brent E. Baris

will be unavailable from **Friday, December 22, 2000, up to and including Thursday,**

**January 4, 2001,** and request that the court and counsel not schedule any matters, and

not file discovery requiring responses during this period of time.

During this period the undersigned will be unavailable due to long-standing vacation

plans.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was
mailed this _16_ day of November, 2000, to **Jose D. Sosa, Esquire**, at Arnstein & Lehr,
515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401-4323.

**MANNIKKO & BARIS**

By:_____
Joseph L. Mannikko 383120
E. Barbara Baris 0894052
Brent Baris 0093122
870 S.W. Martin Downs Boulevard, #1
Palm City, Florida  34990
(561) 283-0084 phone
(561) 283-1084 facsimile

F:\EMRICH\Unavailability.not.wpd

DOCKETED

NOV 2 0 2000

DOCKETED

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## IN AND FOR MARTIN COUNTY, FLORIDA

**ROBERT EMRICH,**

         **Plaintiff,**

**vs**

**SEARS, ROEBUCK AND CO.**

         **Defendant,**

_____/

**CASE NO.: 99-897 CA**
**JUDGE: BEN L. BRYAN, JR.**

### REQUEST FOR COPIES

Pursuant to Fla. R. Civ. P. 1.351(d), the undersigned requests legible copies of all information requested and received by you from the following non-party witness:

1. Morton Grant, M.D.
   3241 SW Port St. Lucie Blvd.
   Port St. Lucie, FL

2. Treasure Coast Podiatry
   2423 SE Federal Highway
   Stuart, FL

3. Martin County Anesthesia
   421 Osceola Street
   Stuart, FL

4. InterTown, Inc.
   6092 SW Federal Highway
   Stuart, FL

5. Corning Clinical Lab
   5850 W Cypress Street
   Tampa, FL

6. East Coast Medical
   6805 South U.S. One
   Port St. Lucie, FL

RECEIVED
NOV 1 0 2000
ARNSTEIN & LEHR

7.    Palm Beach Gardens Medical Center
      3360 Burns Road
      Palm Beach Gardens, FL

8.    Dreyer & Delrowe Eye Center
      1715 SE Tiffany Avenue
      Port St. Lucie, FL

9.    Columbia Medical Center
      1800 SE Tiffany Avenue
      Port St. Lucie, FL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this ___9___ day of November, 2000, to **Jose D. Sosa, Esquire**, at Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401-4323.

**MANNIKKO & BARIS**

By: _____
Joseph L. Mannikko 383120
E. Barbara Baris 0894052
Brent Baris 0093122
870 S.W. Martin Downs Boulevard, #1
Palm City, Florida  34990
(561) 283-0084 phone
(561) 283-1084 facsimile

F:\EMRICH\Req for Copy.001.wpd

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,

                    CASE NO.: 99-572 CA
                    JUDGE: BEN L. BRYAN, JR.

        Plaintiff,

vs

SEARS, ROEBUCK AND CO.

        Defendant,

_____/

**ROBERT EMRICH'S RESPONSE TO
ORDER TO SHOW CAUSE
DATED NOVEMBER 27, 2000**

     In response to this Court's Order to Show Cause why the above-styled case should

not be dismissed for failure to prosecute dated November 27, 2000, the plaintiff submits

the following:

1.     This matter was moved to federal court on September 13, 1999.  A copy of the

       Notice of Removal is attached.

2.     The federal court case was dismissed.

3.     The case was re-filed in Martin Count as Case No. 99-897 CA.

     WHEREFORE, the plaintiff requests that the Order of Show Cause and Self-

Executing Order of Dismissal be vacated.

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was
mailed this _____ day of December, 2000, to **Jose D. Sosa, Esquire**, at Arnstein & Lehr,
515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401-4323.



RECEIVED
DEC 1 1 2000
ARNSTEIN & LEHR

**MANNIKKO & BARIS**

By:_____
Joseph L. Mannikko 383120
E. Barbara Baris 0894052
Brent Baris 0093122
870 S.W. Martin Downs Boulevard, #1
Palm City, Florida  34990
(561) 283-0084 phone
(561) 283-1084 facsimile

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FT. PIERCE DIVISION

**99 - 1427**

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.

      Defendant.

_____/

Case No.:    **CIV-DAVIS**

Magistrate Judge:

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

## NOTICE OF REMOVAL

Defendant, SEARS, ROEBUCK AND CO., hereby files this Notice of Removal of this action to the United States District Court for the Southern District of Florida, Ft. Pierce Division, and states as follows:

1.    A civil action was commenced and is now pending in the Nineteenth Judicial Circuit, in and for Martin County, Florida, in which the above named ROBERT EMRICH is the Plaintiff, and SEARS, ROEBUCK AND CO. is the Defendant.

2.    This action is one over which this Court has original jurisdiction under provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), and is between citizens of different stats.

3.    This action involves a controversy between citizens of different states as follows:



EXHIBIT
"A"

Robert Emrich v. Sears, Roebuck and Co.
Case No.:
Notice of Removal

     a.    Plaintiff is now, and at the time of the commencement of this action was, an individual residing in Palm Beach County, Florida.

     b.    Defendant is now, and at the time of the commencement of this action was, a corporation duly incorporated under and by virtue of the laws of the State of New York and was not and is not incorporated under and by virtue of the laws of the State of Florida.

     c.    Defendant had at the time of the commencement of this action, and now has its principal place of business in the State of Illinois and by virtue of having its principal place of business in the State of Illinois was not and is not a citizen of the State of Florida.

     4.    This Notice of Removal is filed in this Court within thirty (30) days after service of the Summons and Complaint on August 24, 1999.  Plaintiff's counsel had previously sent a letter to Kemper Risk Management Services, the Defendant's insurance carrier which included a demand in the amount of Two Hundred Fifty Thousand and 00/100 ($250,000.00) Dollars, a copy of which is attached hereto and incorporated herein as Exhibit "A".  Therefore, the time for filing this Notice of Removal under the provisions of 28 U.S.C. § 1446(b) has not expired.

     5.    Written Notice of the filing of this Notice of Removal has been given to all adverse parties as required by law.

Robert Emrich v. Sears, Roebuck and Co.
Case No.:
Notice of Removal

6.     A true and correct copy of this Notice of Removal will be filed with the Clerk of the Nineteenth Judicial Circuit, in and for Martin County, Florida, as provided by law.

7.     There is attached hereto and incorporated herein as Exhibit "B", a true an correct copy of all state court pleadings in this action.

WHEREFORE, Defendant, SEARS, ROEBUCK AND CO., prays that it may effect the removal of this action from the Nineteenth Judicial Circuit, in and for Martin County, Florida, to this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U. S. Mail this $\smash{13^{th}}$ day of September, 1999 to: Eric J. Bruning, Esq., Goldman, Bruning, Mildner, Racin, Boncek, Merrill, L.L.C., Attorneys for Plaintiff, 10570 S. U.S. Highway One, Port St. Lucie, Florida 34952.

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401-4323
561/833-9800 [ofc]
561/655-5551 [fax]

JOSE D. SOSA
Florida Bar No.: 150878

76292_1

3

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,                          CASE NO.: 99-572 CA
                                        JUDGE: BEN L. BRYAN, JR.
          Plaintiff,

vs

SEARS, ROEBUCK AND CO.

          Defendant,

_____/

### ORDER ON EMRICH'S MOTION TO VACATE
### ORDER TO SHOW CAUSE AND SELF-EXECUTING
### JUDGMENT OF DISMISSAL

This Court issued an Order to Show Cause and Self-Executing Judgment of Dismissal for Case No. 99-572-CA on November 27, 2000. It appears that this case has been removed to federal court, and is therefore not the subject of an order to dismiss for failure to prosecute. Therefore,

**IT IS ORDERED:**

That the Court's Order to Show Cause and Self-Executing Judgment of Dismissal of the above-styled case is vacated in all respects.

DONE and ORDERED at Stuart, Martin County, Florida, this _____ day of December, 2000.

_____
BEN L. BRYAN, JR.
JUDGE, CIRCUIT COURT

Copies furnished to:                    DOCKETED
Joseph L. Mannikko, Esquire
Jose D. Sosa, Esquire                   DEC 1 2 2000

F:\EMRICH\Order Show Cause Res.ord.wpd          DOCKET          **RECEIVED**
                                                                DEC 1 1 2000
                                                                ARNSTEIN & LEHR

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,

        CASE NO.: 99-897 CA
        JUDGE: BEN L. BRYAN, JR.

      Plaintiff,

vs

SEARS, ROEBUCK AND CO.

      Defendant,

_____/

### PLAINTIFF'S NOTICE OF HEARING
### (Uniform Motion Calendar)

**PLEASE TAKE NOTICE** that the plaintiff will bring on before the **Honorable Ben L. Bryan, Jr.,** at the **Martin County Courthouse, Stuart, FL,** on **Tuesday, December 19, 2000,** at **9:00 a.m.,** or as soon thereafter as the same may be heard:

### PLAINTIFF'S MOTION FOR WITHDRAWAL OR AMENDMENT OF ADMISSION

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this _13_ day of December, 2000, to **Jose D. Sosa, Esquire,** at Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401-4323.

MANNIKKO & BARIS

By:_____
Joseph L. Mannikko 383120
E. Barbara Baris 0894052
Brent Baris 0093122
870 S.W. Martin Downs Boulevard, #1
Palm City, Florida 34990
(561) 283-0084 phone
(561) 283-1084 facsimile

DOCKETED
DEC 1 8 2000
DOCKETED

F:\EMRICH\Mot to Amend Comp.noh.wpd

**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA**

ROBERT EMRICH,

                Plaintiff,

vs

SEARS, ROEBUCK AND CO.

                Defendant,

_____/

CASE NO.: 99-897 CA
JUDGE: BEN L. BRYAN, JR.

### PLAINTIFF'S MOTION
### TO AMEND COMPLAINT

      Plaintiff moves to amend the Complaint to delete paragraph 1 and to substitute in its stead the following paragraph:

      This is an action for damages in excess of $15,000.00

1.     The plaintiff did not consent nor agree to any limitation on the amount of his damages.  The limitation was interposed by his former counsel, Eric J. Bruning, without the plaintiff's knowledge.

2.     The facts behind the inclusion of the damages limitation in the Complaint are set forth in the plaintiff's motion to withdraw or amend an admission, which is incorporated herein, and filed herewith.

3.     Amendment of a pleading by leave of court shall be freely allowed when justice so requires.  Rule 1.190. '

      WHEREFORE, the plaintiff requests that he be allowed to amend the Complaint, and that the Court issue an order deeming the Complaint amended as of the date of the Order.

DEC 1 8 2000

DOCKETED

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this ___13___ day of December, 2000, to **Jose D. Sosa, Esquire**, at Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401-4323.

**MANNIKKO & BARIS**

By: _____

Joseph L. Mannikko 383120
E. Barbara Baris 0894052
Brent Baris 0093122
870 S.W. Martin Downs Boulevard, #1
Palm City, Florida 34990
(561) 283-0084 phone
(561) 283-1084 facsimile

F:\EMRICH\Mot to Amend Comp.wpd

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,

               Plaintiff,

vs

SEARS, ROEBUCK AND CO.

               Defendant,

_____/

CASE NO.: 99-897 CA
JUDGE: BEN L. BRYAN, JR.

## PLAINTIFF'S MOTION FOR WITHDRAWAL
## OR AMENDMENT OF ADMISSION

Plaintiff moves, pursuant to Rule 1.370(b) for an order permitting withdrawal or amendment of an admission.

1.     The facts requiring this withdrawal or amendment are somewhat lengthy.

2.     On or about August 11, 1999, the plaintiff commenced an action in the Circuit Court in Martin County, entitled *Robert Emrich vs. Sears, Roebuck & Company*, Case no. 99-572-CA.

3.     On or about September 13, 1999, the defendant removed the action from state court to the United States District Court for the Southern District of Florida, Fort Pierce Division, Case no. 99-14277-CIV-DAVIS/LYNCH.

4.     On information and belief, the plaintiff's then counsel, Eric J. Bruning, was unwilling to try the case in federal court. Consequently, on October 20, 1999, he filed a Notice of Voluntary Dismissal Without Prejudice of the federal court action.

5.     On October 29, 1999, the Honorable Edward B. Davis issued an Order to Show Cause who the Court should not strike the Notice of Dismissal Without Prejudice for failure to comply with Fed. R. Civ. P. 41(a)(i), and in response thereto the parties

DOCKETED

DOCKETED

filed a proper Joint Stipulation of Notice of Voluntary Dismissal Without Prejudice on November 8, 1999.

6.     Subsequently, and in order to avoid a second removal to federal court on the basis of diversity jurisdiction, the plaintiff's former counsel filed a second complaint in Martin County, Case No. 99-897-CA, in which he alleged an identical cause of action, with the exception that he alleged that the action was for damages in excess of $15,000.00, but less than $75,000.00.

7.     The intent of plaintiff's former counsel was apparently to avoid a removal by taking this case out of the jurisdictional limitations of the federal district court's diversity jurisdiction.

8.     Plaintiff's former counsel had no authority nor approval of the plaintiff to limit the client's damages in this fashion, and the plaintiff had no knowledge of Mr. Bruning's actions.

9.     Subsequently, the defendant sent a request for admissions to the plaintiff requesting that the plaintiff admit that his damages were less than $75,000.00.  Mr. Bruning filed an answer admitting that the damages were less than $75,000.00.

10.    The plaintiff had no knowledge of, and did not consent nor agree to, the filing of an admission limiting his damages in this fashion.

11.    The plaintiff alleges that he stepped on a nail in a public area of the defendant's premises, which went through his foot, causing osteomyelitis, and resulting in the amputation of the fourth toe on his right foot and a portion of the fourth metatarsal. The plaintiff had suffered a disabling injury as a young child, which made walking difficult for him before this incident.  The amputation of his right fourth toe and a

portion of the metatarsal left him with a substantially decreased ability to walk and a substantially increased disability. Consequently, the plaintiff's injuries exceed the sum of $75,000.00.

12. Rule 1.370(b) provides that the Court may permit withdrawal or amendment when the presentation of the merits of the action will be subserved by it and the party who obtained the admission fails to satisfy the court that withdrawal or amend will prejudice that party in maintaining an action or defense on the merits.

13. No prejudice will result to the defendant by allowing the plaintiff to avoid the unauthorized limitations placed upon his cause of action by his former counsel.

WHEREFORE, the plaintiff requests that he be allowed to withdraw or amend his answer to deny that his damages are limited to $75,000.00.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this _13_ day of December, 2000, to **Jose D. Sosa, Esquire**, at Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401-4323.

MANNIKKO & BARIS

By:_____
Joseph L. Mannikko 383120
E. Barbara Baris 0894052
Brent Baris 0093122
870 S.W. Martin Downs Boulevard, #1
Palm City, Florida 34990
(561) 283-0084 phone
(561) 283-1084 facsimile

F:\EMRICH\Mot for Withdrawal of Adm.wpd

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,

     Plaintiff,

CASE NO.: 99-897 CA
JUDGE: BEN L. BRYAN, JR

vs.

SEARS, ROEBUCK AND CO.

     Defendant,

_____/

### NOTICE OF SUBSTITUTION OF COUNSEL

    Please take notice that Mannikko & Baris are substituted as counsel for the law firm

of Goldman & Bruning. All further correspondence and or pleadings shall be sent to

Mannikko & Baris at the address below.

GOLDMAN & BRUNING *PA.*

By:_____
Eric J. Bruning, Esquire
Florida Bar No.: 353159
10570 S. US Highway One, Suite 300
Port St. Lucie, Florida 34952

MANNIKKO & BARIS

By:_____
Joseph L. Mannikko, Esquire
Florida Bar No. 383120
870 SW Martin Downs Blvd., Suite 1
Palm City, Florida 34990

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed this _10th_ day of _Oct_____, 2000, to **ERIC J. BRUNING, Esquire** 10570 S. US Highway One, Suite 300, Port St. Lucie, Florida 34952 and **JOSE D. SOSA, Esquire**, at Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401-4323.

MANNIKKO & BARIS

By:_____

DOCKETED

OCT 1 3 2000

DOCKETED

RECEIVED

OCT 1 2 2000

ARNSTEIN & LEHR

Joseph L. Mannikko 383120
E. Barbara Baris 0894052
Brent Baris 0093122
870 S.W. Martin Downs Boulevard, #1
Palm City, Florida  34990
(561) 283-0084 phone
(561) 283-1084 facsimile
F:\M&B-G&B Dissolution\Substitution of counsel\Emrich.SOC.wpd

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,

CASE NO.: 99-897 CA
JUDGE: BEN L. BRYAN, JR.

        Plaintiff,

vs

SEARS, ROEBUCK AND CO.

        Defendant,

_____/

RECEIVED
OCT 1 2 2000
ARNSTEIN & LEHR

### PLAINTIFF'S AMENDED NOTICE OF TAKING DEPOSITION OF SEARS, ROEBUCK AND CO.

**PLEASE TAKE NOTICE** that the oral deposition of Sears, Roebuck and Co., will be taken before an officer authorized to administer oaths at

| LOCATION | TIME & DATE |
|---|---|
| Esquire Reporting<br>422 Camden Avenue<br>Stuart, FL 34994 | Wednesday, October 11, 2000<br>11:30 a.m. |

and thereafter by adjournment until the same shall be completed. This deposition is being taken for the purpose of discovery, for use at trial or for such other purposes as are permitted by law. Pursuant to Fla.R.Civ.P. 1.310(b)(4), the deposition is to be video taped by Joseph Mannikko, Esquire from Mannikko & Baris whose address is 870 SW Martin Downs Blvd., Suite 1, Palm City, Florida 34990 or an agent thereof.

Pursuant to Fla.R.Civ.P. 1.310(b)(6), you are requested to designate the person(s) best qualified and most knowledgeable to testify on behalf of the above named corporation concerning the matters set forth on Attachment A to this notice, and to name the person(s) so designated who will testify as to each listed matter.

DOCKETED
OCT 1 3 2000
DOCKETED

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was mailed this _10th_ day of _Oct_____, 2000, to **Jose D. Sosa, Esquire**, at Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401-4323.

MANNIKKO & BARIS

By:_____

Joseph L. Mannikko 383120
E. Barbara Baris 0894052
Brent Baris 0093122
870 S.W. Martin Downs Boulevard, #1
Palm City, Florida  34990
(561) 283-0084 phone
(561) 283-1084 facsimile

cc: Esquire Reporting

F:\EMRICH\Depo Amend Sears.01

**Attachment A**

1.      The residence of the owner of the Sears store where plaintiff's injury was sustained.

2.      Names, addresses, telephone numbers and duties of all persons who had any responsibility for the cleaning, maintenance, supervision, control, and possession of the area where the plaintiff was injured.

3.      The use made of the portion of the premises where plaintiff was injured, with particular emphasis on the manner in which items were delivered to that area, use of packing crates, the use of nails in the packing crates, the manner in which packing crates were opened, and the manner in which the portions of the packing crates and any nails which held them together were disposed of after items were removed from the packing crates.  For purposes of this issue, the term "packing crates" should be interpreted broadly and liberally to include any pallets, boxes, supports, or similar wood items used to protect or transport merchandise.

4.      Conversations and correspondence between agents and employees of the defendant and the plaintiff or members of his family.

5.      The facts and circumstances surrounding the incident which plaintiff describes in his complaint.

6.      Facts and circumstances which support the allegations of your affirmative defenses.

7.      Insurance policies requested in the Request to Produce previously or contemporaneously served upon you.

8.      Liability for the injuries sustained by the plaintiff.

9.      Damages sustained by the plaintiff.

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,                              CASE NO.: 99-897 CA
                                            JUDGE: BEN L. BRYAN, JR.
      Plaintiff,

vs

SEARS, ROEBUCK AND CO.

      Defendant,
_____/

## REQUEST TO PERMIT ENTRY UPON PROPERTY

Plaintiff requests pursuant to Fla.R.Civ.P. 1.350(a) that the defendant permit entry

upon the following property which is in the possession and control of the defendant:

Sears, Roebuck and Co.
3174 NW Federal Highway
Jensen Beach, Florida 34957

for the purpose of inspecting, measuring, and photographing the property.  In particular,

the plaintiff wishes to inspect the area in which the plaintiff was injured.

Plaintiff requests permission to enter the property at 8:00 a.m. August 15, 2000.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 3rd day of August, 2000 to **Jose D. Sosa, Esquire** at Arnstein & Lehr, 515 N. Flagler Drive, Suite 600, West Palm Beach, Florida 33401.

**GOLDMAN & BRUNING / MANNIKKO & BARIS**

By: _____

Joseph L. Mannikko 383120
Counsel for Plaintiff
10570 South U.S. Highway One, Suite 300
Port St. Lucie, Florida 34952
(561) 335-8332 or 878-4700
(561) 335-8359 facsimile

2

# IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,

   **Plaintiff,**

**vs**

**SEARS, ROEBUCK AND CO.**

   **Defendant,**

_____/

CASE NO.: 99-897 CA

## NOTICE OF COMPLIANCE

  Plaintiff, Robert Emrich, by and through the undersigned counsel gives notice to the

Court that Plaintiff has complied with Defendant's Motion For Sanctions in the amount of

Seven Hundred Eighty-Seven and 50/100 Dollars ($787.50).

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished by U.S. Mail this _23_ day of _June_, 2000 to Jose Sosa, Esquire,

Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida  33401.

     **GOLDMAN & BRUNING / MANNIKKO & BARIS**

     By: _____

     Joseph L. Mannikko 383120
     Counsel for Plaintiff
     10570 South U.S. Highway One, Suite 300
     Port St. Lucie, Florida 34952
     (561) 335-8332 or 878-4700
     (561) 335-8359 facsimile

F:\WPFILES\EMRICH.ROB\NOC.wpd


RECEIVED
JUN 2 7 2000
ARNSTEIN & LEHR

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT, IN AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

CONFORMED COPY

## DEFENDANTS' NOTICE OF PRODUCTION FROM NON-PARTY

**TO:**    Eric J. Bruning, Esq.
Goldman & Bruning
10570 So. U.S. One, Suite 300
Port St. Lucie, FL 34952

      You are hereby notified that after fifteen (15) days from the date of service of this Notice the undersigned attorney will apply to the Clerk of this Court for issuance of the attached Subpoena(s) directed to those persons listed below, who are not parties, to produce the items listed at the time and place specified in their Subpoenas:

      Records Custodian
Scott F. Parratto, DPM
Treasure Coast Podiatry Center
2423 SE Federal Highway
Stuart, FL 34994

      Records Custodian
Marcy A. Studzinski, DO
New York Medical Associates
782 E. Prima Vista Blvd.
Port St. Lucie, FL 34952

      Records Custodian
Morton D. Grant, M.D.
3241 SW Port St. Lucie Blvd.
Port St. Lucie, FL 34952



RECEIVED
JUN 19 2000
ARNSTEIN & LEHR

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA

Records Custodian
William A. Stolzek, M.D.
Treasure Coast Orthopedics
1700 SE Hillmoor Drive, Suite 500
Port St. Lucie, FL 34952

Records Custodian
William J. Gogan, M.D.
701 Northlake Blvd, Suite 208
North Palm Beach, FL 33408

Records Custodian
Treasure Coast Podiatry
2423 SE Federal Highway
Stuart, FL 34994

Records Custodian
MR Imaging Service, Inc.
1591 SE Port St. Lucie Bld.
Port St. Lucie, FL 34952

Records Custodian
Diagnostic Imaging Service
919 Central Parkway
Stuart, FL 34994

Records Custodian
Martin County Anesthesia
421 Osceola
Stuart, FL 34994

Records Custodian
InterTown, Inc.
6092 SW Federal Highway
Stuart, FL 34994

Records Custodian
Corning Clinical Lab
5850 W. Cypress Street
Tampa, FL 33607

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA

Records Custodian
Jose R. Toledo, M.D.
827 E 5th Street
Stuart, FL 34994

Records Custodian
East Coast Medical
6805 So. U.S. One
Port St. Lucie, FL 34952

Records Custodian
Rajanesch K. Bhalla, M.D.
1701 SE Hillmoor Drive
Suite C12
Port St. Lucie, FL 34952

Records Custodian
Palm Beach Gardens Medical Center
3360 Burns Road
Palm Beach Gardens, FL 33410

Records Custodian
Dr. Dreyer
Dreyer & Delrowe Eye Care
1715 SE Tiffany Avenue
Port St. Lucie, FL 34952

Records Custodian
Columbia Medical Center
1800 S.E. Tiffany Avenue
Port St. Lucie, FL 34952

Records Custodian
Martin Memorial Medical Center
200 Hospital Avenue
Stuart, FL 34994

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via

U.S. Mail this 14th day of June, 2000 to: Eric J. Bruning, Esq., Goldman, Bruning, Mildner,

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA

Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida 34952.

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL  33401-4323
561/833-9800 [ofc]
561/655-5551 [fax]


JOSE D. SOSA
Florida Bar No.: 150878

92055_1

-4-

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      Columbia Medical Center
      1800 S.E. Tiffany Avenue
      Port St. Lucie, FL 34952

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &

LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,

July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all information and/or documentation that you may have in your care,

custody or control including, but not limited to, records, medical bills, medical reports, charts,

x-rays, x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers,

memos, notes, correspondence, and any and all other written memoranda of whatever kind

or description pertaining to your care and treatment of **Robert Emrich** (social security no.

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, date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time. You will not be

required to surrender the original items. **You may comply with this subpoena by**

**providing legible copies of the items to be produced to the attorney whose name**

**appears on this subpoena on or before the scheduled date of production. You may**

**condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)    appear as specified; or

(b)    furnish the records instead of appearing as provided above; or

(c)    object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)

ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      Martin Memorial Medical Center
      200 Hospital Avenue
      Stuart, FL 34994

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all information and/or documentation that you may have in your care,
custody or control including, but not limited to, records, medical bills, medical reports, charts,
x-rays, x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers,
memos, notes, correspondence, and any and all other written memoranda of whatever kind
or description pertaining to your care and treatment of **Robert Emrich** (social security no.
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, date of birth: 10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time. You will not be
required to surrender the original items. **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production. You may
condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

      If you fail to:

      (a)    appear as specified; or

      (b)    furnish the records instead of appearing as provided above; or

      (c)    object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

      Dated this ____ day of June, 2000.

<div style="margin-left: 40%;">

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)


_____
ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

</div>

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT, IN AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:    Records Custodian
       Marcy A. Studzinski, DO
       New York Medical Associates
       782 E. Prima Vista Blvd.
       Port St. Lucie, FL 34952

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN & LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday, July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all information and/or documentation that you may have in your care, custody or control including, but not limited to, records, medical bills, medical reports, charts, x-rays, x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos, notes, correspondence, and any and all other written memoranda of whatever kind or description pertaining to your care and treatment of **Robert Emrich** (social security no. 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, date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. **You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may**

condition the preparation of the copies upon the payment in advance of the **reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)     appear as specified; or

(b)     furnish the records instead of appearing as provided above; or

(c)     object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)


_____
ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
       Scott F. Parratto, DPM
       Treasure Coast Podiatry Center
       2423 SE Federal Highway
       Stuart, FL 34994

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &

LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,

July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

      Any and all information and/or documentation that you may have in your care, custody

or control including, but not limited to, records, medical bills, medical reports, charts, x-rays,

x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos,

notes, correspondence, and any and all other written memoranda of whatever kind or

description pertaining to your care and treatment of **Robert Emrich** (social security no. 103-

24-5525, date of birth:10/11/36) from inception of your records up to the present date.

      These items will be inspected and may be copied at that time. You will not be

required to surrender the original items. **You may comply with this subpoena by**

**providing legible copies of the items to be produced to the attorney whose name**

**appears on this subpoena on or before the scheduled date of production. You may**

condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)     appear as specified; or

(b)     furnish the records instead of appearing as provided above; or

(c)     object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

> ARNSTEIN & LEHR
> Attorneys for Defendants,
> BILLY JACK WALL and SEARS
> TERMITE & PEST CONTROL, INC.
> 515 North Flagler Drive, Suite 600
> West.Palm Beach, FL 33401
> 561/833-9800 (ofc)
> 561/655-5551(fax)


> _____
> ERIC A. GORDON
> Florida Bar No.: 071341
> JOSE D. SOSA
> Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      Morton D. Grant, M.D.
      3241 SW Port St. Lucie Blvd.
      Port St. Lucie, FL 34952

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

      Any and all information and/or documentation that you may have in your care, custody
or control including, but not limited to, records, medical bills, medical reports, charts, x-rays,
x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos,
notes, correspondence, and any and all other written memoranda of whatever kind or
description pertaining to your care and treatment of **Robert Emrich** (social security no. 103-
24-5525,  date of birth:10/11/36) from inception of your records up to the present date.

      These items will be inspected and may be copied at that time.  You will not be
required to surrender the original items.  **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production. You may
condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)     appear as specified; or

(b)     furnish the records instead of appearing as provided above; or

(c)     object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)


_____
ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      William A. Stolzek, M.D.
      1700 SE Hillmoor Drive, Suite 500
      Port St. Lucie, FL 34952

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN & LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday, July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all information and/or documentation that you may have in your care, custody or control including, but not limited to, records, medical bills, medical reports, charts, x-rays, x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos, notes, correspondence, and any and all other written memoranda of whatever kind or description pertaining to your care and treatment of **Robert Emrich** (social security no. 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, date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. **You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)   appear as specified; or

(b)   furnish the records instead of appearing as provided above; or

(c)   object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)

_____
ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      William J. Gogan, M.D.
      701 Northlake Blvd., Suite 208
      North Palm Beach, FL 33408

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &

LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,

July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

      Any and all information and/or documentation that you may have in your care, custody

or control including, but not limited to, records, medical bills, medical reports, charts, x-rays,

x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos,

notes, correspondence, and any and all other written memoranda of whatever kind or

description pertaining to your care and treatment of **Robert Emrich** (social security no. 103-

24-5525, date of birth:10/11/36) from inception of your records up to the present date.

      These items will be inspected and may be copied at that time. You will not be

required to surrender the original items. **You may comply with this subpoena by**

**providing legible copies of the items to be produced to the attorney whose name**

**appears on this subpoena on or before the scheduled date of production. You may**

**condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)     appear as specified; or

(b)     furnish the records instead of appearing as provided above; or

(c)     object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

> ARNSTEIN & LEHR
> Attorneys for Defendants,
> BILLY JACK WALL and SEARS
> TERMITE & PEST CONTROL, INC.
> 515 North Flagler Drive, Suite 600
> West Palm Beach, FL 33401
> 561/833-9800 (ofc)
> 561/655-5551(fax)
>
>
> _____
> ERIC A. GORDON
> Florida Bar No.: 071341
> JOSE D. SOSA
> Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      Treasure Coast Podiatry
      2423 SE Federal Highway
      Stuart, FL 34994

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all information and/or documentation that you may have in your care, custody
or control including, but not limited to, records, medical bills, medical reports, charts, x-rays,
x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos,
notes, correspondence, and any and all other written memoranda of whatever kind or
description pertaining to your care and treatment of **Robert Emrich** (social security no. 103-
24-5525, date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time. You will not be
required to surrender the original items. **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production. You may
condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)     appear as specified; or

(b)     furnish the records instead of appearing as provided above; or

(c)     object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)

_____
ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
       MR Imaging Service, Inc.
       1591 SE Port St. Lucie Blvd.
       Port St. Lucie, FL 34952

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all information and/or documentation that you may have in your care, custody
or control including, but not limited to, records, medical bills, medical reports, charts, x-rays,
x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos,
notes, correspondence, and any and all other written memoranda of whatever kind or
description pertaining to your care and treatment of **Robert Emrich** (social security no. 103-
24-5525, date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time. You will not be
required to surrender the original items. **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production. You may
condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)     appear as specified; or

(b)     furnish the records instead of appearing as provided above; or

(c)     object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this _____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)


ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:    Records Custodian
       Diagnostic Imaging Service
       919 Central Parkway
       Stuart, FL 34994

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

    Any and all information and/or documentation that you may have in your care, custody
or control including, but not limited to, records, medical bills, medical reports, charts, x-rays,
x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos,
notes, correspondence, and any and all other written memoranda of whatever kind or
description pertaining to your care and treatment of **Robert Emrich** (social security no. 103-
24-5525, date of birth:10/11/36) from inception of your records up to the present date.

    These items will be inspected and may be copied at that time. You will not be
required to surrender the original items. **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production. You may
condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)     appear as specified; or

(b)     furnish the records instead of appearing as provided above; or

(c)     object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)


ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:    Records Custodian
       Martin County Anesthesia
       421 Osceola
       Stuart, FL 34994

    **YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

    Any and all information and/or documentation that you may have in your care, custody
or control including, but not limited to, records, medical bills, medical reports, charts, x-rays,
x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos,
notes, correspondence, and any and all other written memoranda of whatever kind or
description pertaining to your care and treatment of **Robert Emrich** (social security no. 103-
24-5525, date of birth:10/11/36) from inception of your records up to the present date.

    These items will be inspected and may be copied at that time.  You will not be
required to surrender the original items.  **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production. You may
condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)   appear as specified; or

(b)   furnish the records instead of appearing as provided above; or

(c)   object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551 (fax)


ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      InterTown, Inc.
      6092 SW Federal Highway
      Stuart, FL 34994

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all information and/or documentation that you may have in your care, custody
or control including, but not limited to, records, medical bills, medical reports, charts, x-rays,
x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos,
notes, correspondence, and any and all other written memoranda of whatever kind or
description pertaining to your care and treatment of **Robert Emrich** (social security no. 103-
24-5525, date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time. You will not be
required to surrender the original items. **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production. You may
condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)     appear as specified; or

(b)     furnish the records instead of appearing as provided above; or

(c)     object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)

_____

ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      Corning Clinical Lab
      5850 W. Cypress Street
      Tampa,  FL 33607

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all information and/or documentation that you may have in your care, custody
or control including, but not limited to, records, medical bills, medical reports, charts, x-rays,
x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos,
notes, correspondence, and any and all other written memoranda of whatever kind or
description pertaining to your care and treatment of **Robert Emrich** (social security no. 103-
24-5525,  date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time.  You will not be
required to surrender the original items.  **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production.  You may
condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)    appear as specified; or

(b)    furnish the records instead of appearing as provided above; or

(c)    object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)


ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      Palm Beach Gardens Medical Center
      3360 Burns Road
      Palm Beach Gardens, FL 33410

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all  information and/or documentation that you may have in your care,
custody or control including, but not limited to, records, medical bills, medical reports, charts,
x-rays, x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers,
memos, notes, correspondence, and any and all other written memoranda of whatever kind
or description pertaining to your care and treatment of **Robert Emrich** (social security no.
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,  date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time.  You will not be
required to surrender the original items.  **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production.  You may
condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)    appear as specified; or

(b)    furnish the records instead of appearing as provided above; or

(c)    object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)


_____
ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:    Records Custodian
       Rajanesch K. Bhalla, M.D.
       1701 S.E. Hillmoor Drive
       Suite C-12
       Port St. Lucie, FL 34952

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all information and/or documentation that you may have in your care,
custody or control including, but not limited to, records, medical bills, medical reports, charts,
x-rays, x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers,
memos, notes, correspondence, and any and all other written memoranda of whatever kind
or description pertaining to your care and treatment of **Robert Emrich** (social security no.
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, date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time. You will not be
required to surrender the original items. **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production. You may**

**condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)     appear as specified; or

(b)     furnish the records instead of appearing as provided above; or

(c)     object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551(fax)


_____
ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      Dr. Dreyer
      Dreyer & Delrowe Eye Care
      1715 SE Tiffany Avenue
      Port St. Lucie, FL 34952

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all  information and/or documentation that you may have in your care,
custody or control including, but not limited to, records, medical bills, medical reports, charts,
x-rays, x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers,
memos, notes, correspondence, and any and all other written memoranda of whatever kind
or description pertaining to your care and treatment of **Robert Emrich**  (social security no.
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,  date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time.  You will not be
required to surrender the original items.  **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production. You may**

**condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)    appear as specified; or

(b)    furnish the records instead of appearing as provided above; or

(c)    object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551 (fax)

_____
ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT, IN AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:   Records Custodian
      Jose R. Toledo, M.D.
      827 E 5th Street
      Stuart, FL 34952

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN & LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday, July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

Any and all information and/or documentation that you may have in your care, custody or control including, but not limited to, records, medical bills, medical reports, charts, x-rays, x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers, memos, notes, correspondence, and any and all other written memoranda of whatever kind or description pertaining to your care and treatment of **Robert Emrich** (social security no. 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, date of birth:10/11/36) from inception of your records up to the present date.

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. **You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

     If you fail to:

     (a)    appear as specified; or

     (b)    furnish the records instead of appearing as provided above; or

     (c)    object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

     Dated this ____ day of June, 2000.

                               ARNSTEIN & LEHR
                               Attorneys for Defendants,
                               BILLY JACK WALL and SEARS
                               TERMITE & PEST CONTROL, INC.
                               515 North Flagler Drive, Suite 600
                               West Palm Beach, FL 33401
                               561/833-9800 (ofc)
                               561/655-5551(fax)

                               _____

                               ERIC A. GORDON
                               Florida Bar No.: 071341
                               JOSE D. SOSA
                               Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/

## SUBPOENA DUCES TECUM WITHOUT DEPOSITION

TO:    Records Custodian
       East Coast Medical
       6805 S. U. S. One
       Port St. Lucie, FL 34952

**YOU ARE HEREBY COMMANDED** to appear at the law office of ARNSTEIN &
LEHR, 515 North Flagler Drive, Suite 600, West Palm Beach, FL 33401, on Wednesday,
July 12, 2000 at 9:30 a.m. and to have with you at that time and place the following:

    Any and all information and/or documentation that you may have in your care,
custody or control including, but not limited to, records, medical bills, medical reports, charts,
x-rays, x-ray reports, diagnostic testing, nurse's notes, doctor's orders, insurance papers,
memos, notes, correspondence, and any and all other written memoranda of whatever kind
or description pertaining to your care and treatment of **Robert Emrich** (social security no.
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, date of birth:10/11/36) from inception of your records up to the present date.

    These items will be inspected and may be copied at that time. You will not be
required to surrender the original items. **You may comply with this subpoena by
providing legible copies of the items to be produced to the attorney whose name
appears on this subpoena on or before the scheduled date of production. You may
condition the preparation of the copies upon the payment in advance of the**

**reasonable cost of preparation.** You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate the necessity of your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

If you fail to:

(a)     appear as specified; or

(b)     furnish the records instead of appearing as provided above; or

(c)     object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorneys whose names appear on this subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

Dated this ____ day of June, 2000.

ARNSTEIN & LEHR
Attorneys for Defendants,
BILLY JACK WALL and SEARS
TERMITE & PEST CONTROL, INC.
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 (ofc)
561/655-5551 (fax)


ERIC A. GORDON
Florida Bar No.: 071341
JOSE D. SOSA
Florida Bar No.: 150878

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/

## AGREED ORDER GRANTING DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS AGAINST PLAINTIFF, ROBERT EMRICH

    **THIS CAUSE,** having come before this Court upon Defendant, SEARS, ROEBUCK

AND CO.'S, Motion to Compel and for Sanctions against Plaintiff, ROBERT EMRICH, and

the Court, having read the file, having been duly advised of agreement of counsel, and

being otherwise fully advised in the premises, it is hereby:

    **ORDERED AND ADJUDGED** that Defendant's Motion to Compel and for Sanctions

is hereby GRANTED.  The Plaintiff, ROBERT EMRICH pay to Sears the amount Seven

Hundred Eighty-Seven and 50/100 Dollars ($787.50) for his failure to appear at deposition.

Said amount represents Sears' reasonable attorneys' fees and costs surrounding the

scheduled deposition of Plaintiff.  Said payment shall be made care of Arnstein & Lehr

Trust Account, and payment shall be received by counsel for Sears on or before July 1,

2000 by Certified Check of Trust Account check from Plaintiff's counsel.  Given that this

is the second Motion to Compel filed by Defendant and granted by this Court in this matter,

any further non-compliance with either the Florida Rules of Civil Procedure regarding

discovery or Orders of this Court by the Plaintiff in this matter shall result in sanctions, up

to and including the striking of pleadings and dismissal of this suit.

RECEIVED

JUN 1 0 2000

ARNSTEIN & LEHR

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Agreed Order Granting Sears' Motion to Compel and for Sanctions

**DONE AND ORDERED** in Chambers at Stuart, Martin County, Florida this _____ day of

June, 2000.

_____
BEN L. BRYAN, JR.
Circuit Judge

Copies furnished to:

Eric J. Bruning, Esq., Goldman, Bruning, Mildner, Racin, Boncek & Merrill, L.L.C., 10570
S. U.S. Highway One, Port St. Lucie, Florida, 34952

Jose D. Sosa, Esq., Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm
Beach, Florida 33401

91731_1

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/

### DEFENDANT, SEARS, ROEBUCK AND CO.'S MOTION TO COMPEL
### AND FOR SANCTIONS AGAINST PLAINTIFF ROBERT EMRICH

Defendant, SEARS, ROEBUCK AND CO. ("Sears"), by and through its undersigned attorneys and pursuant to applicable rules of civil procedure, hereby moves to compel the appearance of Plaintiff, ROBERT EMRICH ("Plaintiff") for deposition, and in support thereof states as follows:

1.     Sears' Notice of Taking Deposition of Plaintiff was filed on April 4, 2000. The Notice set the deposition upon oral examination of Plaintiff D. C. Marketing Systems for Monday, May 1, 2000 at 10:00 a.m. A true copy of Sears' Notice of Taking Deposition is attached hereto and incorporated herein as Exhibit "A".

2.     Plaintiff and his attorney both failed to appear at the properly noticed and scheduled deposition, as reflected in the copy of the Certificate of Non-Appearance attached hereto and incorporated herein as Exhibit "B".

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Sears, Roebuck and Co.'s Motion to Compel and for Sanctions.

3.      Sears is entitled to take the deposition of the Plaintiff, and will be severely prejudiced if the Plaintiff fails to cooperate in discovery in a suit which he instituted against Sears.

4.      Sears incurred charges for attorney's fees and costs related to its attorney preparing for and attending the deposition, and is prejudiced by Plaintiff's failure to appear for their depositions. An Affidavit of Sears' counsel reflecting the fees and costs incurred is attached hereto and incorporated herein as Exhibit "C".

5.      Sears requests sanctions against Plaintiff for his failure to appear for deposition.

6.      Plaintiff has also failed to respond to discovery propounded by Sears, and as a result, on May 16, this Court entered an Order Granting Sears' Motion to Compel which specified that "[a]ny further non-compliance with either the Florida Rules of Civil Procedure or Orders of this Court by the Plaintiff in this matter could result in sanctions, up to and including the striking of pleadings and dismissal of this suit". A copy of the Order is attached hereto and incorporated herein as Exhibit "D".

7.      Sears requests sanctions in the amount of its attorneys' fees and costs, and the dismissal of this action.

WHEREFORE, Defendant, SEARS, ROEBUCK AND CO., requests that this Court enter an Order compelling Plaintiff, ROBERT EMRICH, to appear for deposition on a date certain chosen by the undersigned counsel, for sanctions in the form of an award of

-2-

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Sears, Roebuck and Co.'s Motion to Compel and for Sanctions.

reasonable attorney's fees and costs related to Plaintiff's failure to appear for deposition,

for dismissal of this action, and for such further relief as this Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished via U.S. Mail this 18th day of May, 2000 to: Eric J. Bruning, Esq., Goldman,

Bruning, Mildner, Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St.

Lucie, Florida 34952.

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL  33401-4323
561/833-9800 [ofc]
561/655-5551 [fax]

JOSE D. SOSA
Florida Bar No.: 150878

90989_1

-3-

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN AND
FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

    Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

    Defendant.

_____/

## DEFENDANTS' NOTICE OF TAKING DEPOSITION

**TO:**  Eric J. Bruning, Esq.
Goldman, Bruning, Mildner, Racin, Boncek & Merrill, L.L.C.
10570 S. U.S. Highway One
Port St. Lucie, FL 34952

    **PLEASE TAKE NOTICE** that at the time and place herein specified, we will take the

deposition upon oral examination of:

| NAME | DATE/TIME |
|------|-----------|
| ROBERT EMRICH | Monday, May 1, 2000 @ 10:00 a.m. |

### PLACE:

Esquire Deposition Services
900 East Ocean Boulevard
Suite C-232, Room 11
Stuart, FL 34994

upon oral examination before Esquire Deposition Services, 900 East Ocean Boulevard, Suite C-232, Room 11, Stuart, FL 34994, (561) 220-8614, or before some other officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable Statutes, Rules of Civil Procedure or Rules of Court.



EXHIBIT

"A"

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Defendant's Notice of Taking Deposition

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via U.S. Mail this ___ day of April, 2000 to: Eric J. Bruning, Esq., Goldman, Bruning, Mildner,

Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida 34952.

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL  33401-4323
561/833-9800 [office]
561/655-5551 [facsimile]

JOSE D. SOSA
Florida Bar No.: 150878

88850_1

-2-

1
In The Nineteenth Judicial Circuit Court
In and For Martin County, Florida
2
Civil Division
Case No. 99-897 CA
3

ROBERT EMRICH,
4
            Plaintiff,
5

vs.
6

SEARS, ROEBUCK AND CO.,          **ORIGINAL**
7
            Defendant.
8
_____/

9

10
            CERTIFICATE OF NON-APPEARANCE
11

12          I, Tiffany M. Brouillette, Registered
Professional Reporter and Notary Public, State of
13    Florida at Large, duly designated to take the
deposition of the witness, ROBERT EMRICH, in the Notice
14    of Taking Deposition heretofore filed, hereby certify
that said witness did not appear before me on the 1st
15    day of May, 2000.

16          Present was Jose Sosa, Esq. for the
Defendant.
17
            Dated this 1st day of May, 2000.
18

19

20    Tiffany M. Brouillette
Notary Public - State of Florida.
21    My Commission No. CC 881530
My Commission Expires: October 20, 2003
22

23

24    **EXHIBIT**
"B"
25

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

### AFFIDAVIT OF DEFENDANT'S ATTORNEY'S FEES AND COSTS

STATE OF FLORIDA        )
                           )
COUNTY OF PALM BEACH  )

      BEFORE ME, the undersigned authority, this day personally appeared JOSE D. SOSA, Esquire, who, after being by me first duly sworn under oath, deposes and says:

      1.     I am counsel of record for the Defendant in this action. I am over eighteen years of age and am otherwise sui juris. I have personal knowledge of the matters set forth herein.

      2.     Defendant has incurred legal fees in having the law firm of Arnstein & Lehr represent its interests in preparing for the deposition of Plaintiff, Robert Emrich, travel to and from the scheduled deposition and in the preparing of the Motion to Compel.

      3.     I have necessarily expended 5.9 hours of time in representation of Plaintiff in this matter at the rate of One Hundred Twenty-Five Dollars ($125.00) per hour. The said time included preparation for the deposition, waiting for the witness to appear, travel to and



EXHIBIT
"C"

from the scheduled deposition and preparation of Defendant's Motion to Compel and for

Sanctions.

4.     Sears' has necessarily expended Fifty and 00/100 Dollars ($50.00) of costs

in representation of Sears in this matter, consisting of the appearance fee of the Court

Reporter at a charge of Fifty and 00/100 Dollars ($50.00)

5.     Defendant is entitled to an award of the reasonable attorney's fees and costs

in the amount of Seven Hundred Eighty-Seven and 50/100 Dollars ($787.50).

**FURTHER AFFIANT SAYETH NAUGHT.**

JOSE D. SOSA

SWORN TO AND SUBSCRIBED before me this 16th day of May, 2000, by

JOSE D. SOSA, who is personally known to me or who has produced _____

as identification.

NOTARY PUBLIC

Print Name: Donna M. Sattely

Notary Public, State of Florida

My Commission Expires: _____

(NOTARY SEAL)     Commission Number: _____

91006_1



DONNA M SATTELY
MY COMMISSION # CC 919877
EXPIRES: May 10, 2004
1-800-3-NOTARY    FL Notary Service & Bonding, Inc.

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT, IN AND FOR MARTIN COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ANSWERS TO FIRST SET OF INTERROGATORIES AND FIRST REQUEST TO PRODUCE

     **THIS CAUSE**, having come before this Court upon Defendant, SEARS, ROEBUCK AND CO.'S, Motion to Compel Answers to First Set of Interrogatories and First Request to Produce, and the Court having read the file, having heard argument of counsel, and being otherwise fully advised in the premises, it is hereby:

     **ORDERED AND ADJUDGED** that Defendant's Motion to Compel is hereby GRANTED. The Plaintiff, ROBERT EMRICH shall answer Defendant's First Set of Interrogatories and First Request to Produce and provide documents responsive to said request within _15_ days of the date of this Order. Any further non-compliance with either the Florida Rules of Civil Procedure or Orders of this Court by the Plaintiff in this matter could result in sanctions, up to and including the striking of pleadings and dismissal of this suit.

     **DONE AND ORDERED** in Chambers at Stuart, Martin County, Florida this _16_ day of May, 2000.

s/s JUDGE BEN L. BRYAN, JR.

_____
BEN L. BRYAN, JR.
Circuit Judge

RECEIVED

MAY 16 2000

ARNSTEIN & LEHR



EXHIBIT

"D"

Copies furnished to:

Eric J. Bruning, Esq., Goldman, Bruning, Mildner, Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida, 34952

Jose D. Sosa, Esq., Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401
90912_1



IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN AND
FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

    Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

    Defendant.

_____/

## NOTICE OF HEARING

    YOU ARE HEREBY NOTIFIED that the law firm of ARNSTEIN & LEHR, as counsel

for Defendant, SEARS, ROEBUCK AND CO., will call up for hearing the following:

| | |
|---|---|
| DATE: | Thursday, June 1, 2000 |
| TIME: | 9:00 a.m. |
| PLACE: | Martin County Courthouse<br>100 East Ocean Boulevard<br>Courtroom A<br>Stuart, Florida 34995 |
| JUDGE: | The Honorable Ben L. Bryan, Jr. |
| MATTER: | Defendant, Sears, Roebuck and Co.'s Motion to Compel and for Sanctions |

In accordance with the Americans with Disabilities Act, persons in need of special accommodation to participate
in this proceeding, shall, within a reasonable time prior to any proceeding, contact the Administrative Office of
the Court, 100 East Ocean Boulevard, Stuart, Florida, telephone (561) 355-2431; 1-800-955-8771 (TDD); or 1-
800-955-8770 (V), via Florida Relay Service.

    I HEREBY CERTIFY that I personally contacted opposing counsel, or will contact
opposing counsel prior to the hearing on this matter, and made a good faith effort to resolve
this issue. However, the matter has not settled and a hearing is necessary.

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Notice of Hearing

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this 18th day of May, 2000 to: Eric J. Bruning, Esq., Goldman, Bruning, Mildner, Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida 34952.

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401-4323
561/833-9800 [office]
561/655-5551 [facsimile]

JOSE D. SOSA
Florida Bar No.: 150878

91048_1

-2-



IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ANSWERS TO FIRST SET OF INTERROGATORIES AND FIRST REQUEST TO PRODUCE

     **THIS CAUSE**, having come before this Court upon Defendant, SEARS, ROEBUCK AND CO.'S, Motion to Compel Answers to First Set of Interrogatories and First Request to Produce, and the Court having read the file, having heard argument of counsel, and being otherwise fully advised in the premises, it is hereby:

     **ORDERED AND ADJUDGED** that Defendant's Motion to Compel is hereby GRANTED. The Plaintiff, ROBERT EMRICH shall answer Defendant's First Set of Interrogatories and First Request to Produce and provide documents responsive to said request within _15_ days of the date of this Order. Any further non-compliance with either the Florida Rules of Civil Procedure or Orders of this Court by the Plaintiff in this matter could result in sanctions, up to and including the striking of pleadings and dismissal of this suit.

     **DONE AND ORDERED** in Chambers at Stuart, Martin County, Florida this _16_ day of May, 2000.

s/s j JUDGE BEN L. BRYAN, JR.
_____
BEN L. BRYAN, JR.
Circuit Judge

Copies furnished to:

Eric J. Bruning, Esq., Goldman, Bruning, Mildner, Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida, 34952

Jose D. Sosa, Esq., Arnstein & Lehr, 515 North Flagler Drive, Suite 600, West Palm Beach, Florida 33401
90912_1

In The Nineteenth Judicial Circuit Court
In and For Martin County, Florida
Civil Division
Case No. 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.
_____/

ORIGINAL

CERTIFICATE OF NON-APPEARANCE

     I, Tiffany M. Brouillette, Registered
Professional Reporter and Notary Public, State of
Florida at Large, duly designated to take the
deposition of the witness, ROBERT EMRICH, in the Notice
of Taking Deposition heretofore filed, hereby certify
that said witness did not appear before me on the 1st
day of May, 2000.

     Present was Jose Sosa, Esq. for the
Defendant.

     Dated this 1st day of May, 2000.


_____
Tiffany M. Brouillette
Notary Public - State of Florida.
My Commission No. CC 881530
My Commission Expires: October 20, 2003


TIFFANY BROUILLETTE
MY COMMISSION # CC 881530
EXPIRES: October 20, 2003
1-800-3-NOTARY   Fla. Notary Service & Bonding Co.

ESQUIRE DEPOSITION SERVICES (561)659-4155   (800)330-6952

1          In The Nineteenth Judicial Circuit Court
              In and For Martin County, Florida
2                        Civil Division
                      Case No. 99-897 CA
3
     ROBERT EMRICH,
4
              Plaintiff,
5
     vs.
6
     SEARS, ROEBUCK AND CO.,                     COPY
7
              Defendant.
8    _____/

9

10              CERTIFICATE OF NON-APPEARANCE

11

12          I, Tiffany M. Brouillette, Registered
     Professional Reporter and Notary Public, State of
13   Florida at Large, duly designated to take the
     deposition of the witness, ROBERT EMRICH, in the Notice
14   of Taking Deposition heretofore filed, hereby certify
     that said witness did not appear before me on the 1st
15   day of May, 2000.

16          Present was Jose Sosa, Esq. for the
     Defendant.
17
            Dated this 1st day of May, 2000.
18

19
                         _____
20                  -    Tiffany M. Brouillette
                         Notary Public - State of Florida.
21                       My Commission No. CC 881530
                         My Commission Expires: October 20, 2003
22

23

24                       

25

     ESQUIRE DEPOSITION SERVICES  (561)659-4155  (800)330-6952



IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN AND
FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/



## NOTICE OF HEARING

     YOU ARE HEREBY NOTIFIED that the law firm of ARNSTEIN & LEHR, as counsel

for Defendant, SEARS, ROEBUCK AND CO., will call up for hearing the following:

     DATE:     Tuesday, May 16, 2000

     TIME:     9:00 a.m.

     PLACE:     Martin County Courthouse
                 100 East Ocean Boulevard
                 Courtroom A
                 Stuart, Florida 34995

     JUDGE:     The Honorable Ben L. Bryan, Jr.

     MATTER:     Defendant, Sears, Roebuck and Co.'s Motion to Compel Answers to First
                 Set of Interrogatories and First Request to Produce

In accordance with the Americans with Disabilities Act, persons in need of special accommodation to participate
in this proceeding, shall, within a reasonable time prior to any proceeding, contact the Administrative Office of
the Court, 100 East Ocean Boulevard, Stuart, Florida, telephone (561) 355-2431; 1-800-955-8771 (TDD); or 1-
800-955-8770 (V), via Florida Relay Service.

     I HEREBY CERTIFY that I personally contacted opposing counsel, or will contact
opposing counsel prior to the hearing on this matter, and made a good faith effort to resolve
this issue. However, the matter has not settled and a hearing is necessary.

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Notice of Hearing

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via U.S. Mail this 19th day of April, 2000 to: Eric J. Bruning, Esq., Goldman, Bruning, Mildner,

Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida 34952.

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401-4323
561/833-9800 [ofc]
561/655-5551 [fax]

JOSE D. SOSA
Florida Bar No.: 150878

89688_1

-2-

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT, IN AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## NOTICE OF HEARING

    YOU ARE HEREBY NOTIFIED that the law firm of ARNSTEIN & LEHR, as counsel

for Defendant, SEARS, ROEBUCK AND CO., will call up for hearing the following:

| | |
|---|---|
| DATE: | Tuesday, May 16, 2000 |
| TIME: | 9:00 a.m. |
| PLACE: | Martin County Courthouse<br>100 East Ocean Boulevard<br>Courtroom A<br>Stuart, Florida 34995 |
| JUDGE: | The Honorable Ben L. Bryan, Jr. |
| MATTER: | Defendant, Sears, Roebuck and Co.'s Motion to Compel Answers to First Set of Interrogatories and First Request to Produce |

In accordance with the Americans with Disabilities Act, persons in need of special accommodation to participate in this proceeding, shall, within a reasonable time prior to any proceeding, contact the Administrative Office of the Court, 100 East Ocean Boulevard, Stuart, Florida, telephone (561) 355-2431; 1-800-955-8771 (TDD); or 1-800-955-8770 (V), via Florida Relay Service.

    I HEREBY CERTIFY that I personally contacted opposing counsel, or will contact opposing counsel prior to the hearing on this matter, and made a good faith effort to resolve this issue. However, the matter has not settled and a hearing is necessary.

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Notice of Hearing

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via U.S. Mail this __19th__ day of April, 2000 to: Eric J. Bruning, Esq., Goldman, Bruning, Mildner,

Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida 34952.

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL  33401-4323
561/833-9800 [ofc]
561/655-5551 [fax]

JOSE D. SOSA
Florida Bar No.: 150878

89688_1

-2-

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

**CONFORMED COPY**

## DEFENDANT, SEARS, ROEBUCK AND CO.'S MOTION TO COMPEL ANSWERS TO FIRST SET OF INTERROGATORIES AND FIRST REQUEST TO PRODUCE

Defendant, SEARS, ROEBUCK AND CO. ("Sears"), by and through its undersigned attorneys and pursuant to applicable rules of civil procedure, hereby files its Motion to Compel Plaintiff, ROBERT EMRICH'S ("plaintiff"), answers to First Set of Interrogatories and First Request to Produce and production responsive to the First Request to Produce, and in support thereof states as follows:

1. On or about February 16, 2000, Sears served its First Set of Interrogatories and First Request to Produce on plaintiff.  True and correct copies of the First Set of Interrogatories and First Request to Produce are attached hereto and incorporated herein as Composite Exhibit "A".

2. Pursuant to Florida Rule of Civil Procedure 1.340, plaintiff had thirty (30) days after service of the interrogatories within which to serve his answers or objections to the First Set of Interrogatories and to respond to the First Request to Produce.  Allowing five (5) days for mailing pursuant to Florida Rule of Civil Procedure 1.090(e), plaintiff's answers

or objections to Sears' First Set of Interrogatories and First Request to Produce were due on or before March 22, 2000.

3.     On March 24, 2000, the undersigned corresponded with plaintiff's counsel regarding the untimely responses to Sears' First Set of Interrogatories and First Request to Produce.

4.     As of the date of this Motion, plaintiff has failed to either answer or object to the First Set of Interrogatories and First Request to Produce, and has failed to request additional time within which to respond to the Interrogatories and Request to Produce.

5.     Due to plaintiff's failure to file its answers or objections to the First Set of Interrogatories and First Request to Produce, plaintiff has waived any objections it may have had to the said Interrogatories and Request to Produce.

6.     Sears will be prejudiced in its defense of this action if answers to these discovery requests are not provided.

WHEREFORE, Defendant, SEARS, ROEBUCK AND CO., respectfully requests this Court enter an Order compelling Plaintiff, ROBERT EMRICH to serve answers to Sears' First Set of Interrogatories and First Request to Produce, and to serve documents to said Request to Produce, and granting such further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this __18th__ day of April, 2000 to: Eric J. Bruning, Esq., Goldman, Bruning, Mildner, Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida 34952.

<div style="margin-left:40%">

ARNSTEIN & LEHR
Attorneys for Defendant
515 North Flagler Drive, Suite 600
West Palm Beach, FL  33401-4323
561/833-9800 [ofc]
561/655-5551 [fax]


JOSE D. SOSA
Florida Bar No.: 150878

</div>

89591_1

-3-

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN
AND FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

      Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

      Defendant.

_____/

## DEFENDANT, SEARS, ROEBUCK AND CO.'S MOTION TO COMPEL ANSWERS TO FIRST SET OF INTERROGATORIES AND FIRST REQUEST TO PRODUCE

Defendant, SEARS, ROEBUCK AND CO. ("Sears"), by and through its undersigned attorneys and pursuant to applicable rules of civil procedure, hereby files its Motion to Compel Plaintiff, ROBERT EMRICH'S ("plaintiff"), answers to First Set of Interrogatories and First Request to Produce and production responsive to the First Request to Produce, and in support thereof states as follows:

1.      On or about February 16, 2000, Sears served its First Set of Interrogatories and First Request to Produce on plaintiff. True and correct copies of the First Set of Interrogatories and First Request to Produce are attached hereto and incorporated herein as Composite Exhibit "A".

2.      Pursuant to Florida Rule of Civil Procedure 1.340, plaintiff had thirty (30) days after service of the interrogatories within which to serve his answers or objections to the First Set of Interrogatories and to respond to the First Request to Produce. Allowing five (5) days for mailing pursuant to Florida Rule of Civil Procedure 1.090(e), plaintiff's answers

or objections to Sears' First Set of Interrogatories and First Request to Produce were due on or before March 22, 2000.

3.    On March 24, 2000, the undersigned corresponded with plaintiff's counsel regarding the untimely responses to Sears' First Set of Interrogatories and First Request to Produce.

4.    As of the date of this Motion, plaintiff has failed to either answer or object to the First Set of Interrogatories and First Request to Produce, and has failed to request additional time within which to respond to the Interrogatories and Request to Produce.

5.    Due to plaintiff's failure to file its answers or objections to the First Set of Interrogatories and First Request to Produce, plaintiff has waived any objections it may have had to the said Interrogatories and Request to Produce.

6.    Sears will be prejudiced in its defense of this action if answers to these discovery requests are not provided.

WHEREFORE, Defendant, SEARS, ROEBUCK AND CO., respectfully requests this Court enter an Order compelling Plaintiff, ROBERT EMRICH to serve answers to Sears' First Set of Interrogatories and First Request to Produce, and to serve documents to said Request to Produce, and granting such further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this 18th day of April, 2000 to: Eric J. Bruning, Esq., Goldman, Bruning, Mildner, Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida 34952.

> ARNSTEIN & LEHR
> Attorneys for Defendant
> 515 North Flagler Drive, Suite 600
> West Palm Beach, FL  33401-4323
> 561/833-9800 [ofc]
> 561/655-5551 [fax]
>
>
> JOSE D. SOSA
> Florida Bar No.: 150878

89591_1

IN THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT, IN AND
FOR MARTIN COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 99-897 CA

ROBERT EMRICH,

     Plaintiff,

vs.

SEARS, ROEBUCK AND CO.,

     Defendant.

_____/

## DEFENDANTS' NOTICE OF TAKING DEPOSITION

**TO:**   Eric J. Bruning, Esq.
      Goldman, Bruning, Mildner, Racin, Boncek & Merrill, L.L.C.
      10570 S. U.S. Highway One
      Port St. Lucie, FL 34952

      **PLEASE TAKE NOTICE** that at the time and place herein specified, we will take the

deposition upon oral examination of:

| **NAME** | **DATE/TIME** |
|---|---|
| ROBERT EMRICH | Monday, May 1, 2000 @ 10:00 a.m. |

**PLACE:**

Esquire Deposition Services
900 East Ocean Boulevard
Suite C-232, Room 11
Stuart, FL 34994

upon oral examination before Esquire Deposition Services, 900 East Ocean Boulevard, Suite C-232, Room 11, Stuart, FL 34994, (561) 220-8614, or before some other officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable Statutes, Rules of Civil Procedure or Rules of Court.

Robert Emrich v. Sears, Roebuck and Co.
Martin County Circuit Court Case No.: 99-897 CA
Defendant's Notice of Taking Deposition

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished

via U.S. Mail this 4th day of April, 2000 to: Eric J. Bruning, Esq., Goldman, Bruning, Mildner,

Racin, Boncek & Merrill, L.L.C., 10570 S. U.S. Highway One, Port St. Lucie, Florida 34952.

> ARNSTEIN & LEHR
> Attorneys for Defendant
> 515 North Flagler Drive, Suite 600
> West Palm Beach, FL  33401-4323
> 561/833-9800 [office]
> 561/655-5551 [facsimile]
>
>
> JOSE D. SOSA
> Florida Bar No.: 150878

88850_1

-2-

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR MARTIN COUNTY, FLORIDA

ROBERT EMRICH,

CASE NO.: *99-897CA*

Plaintiff,

vs                                    */s JUDGE ~~~~ BRYAN, JR.*

SEARS, ROEBUCK AND CO.

Defendant,                          *Anne*
                                    *Bouttier*
_____/   *1/31/00*
                                    *1:30p*

### SUMMONS

THE STATE OF FLORIDA:

TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE, GREETINGS:

YOU ARE HEREBY commanded to serve this Summons, and the attached Complaint to

Defendant in the above-styled cause upon the Defendant:

>      SEARS, ROEBUCK AND CO., a New York Corporation
>      By and Through its Registered Agent:
>           C.T. CORPORATION SYSTEM
>           1200 South Pine Island Road
>           Plantation, Florida

The Defendant is hereby required to serve written defenses to said Complaint on

Plaintiff's attorney whose name and address are:

>           ERIC J. BRUNING, ESQUIRE
>           Goldman, Bruning, Mildner,
>             Racin, Boncek & Merrill, L.L.C.
>           Suite 300
>           10570 South U.S. Highway One
>           Port St. Lucie, FL 34952

within 20 days after service of this Summons upon that Defendant, exclusive of the day of

service, and to file the original of said written defenses with the Clerk of said Court either before

service on said attorney or immediately thereafter. If a Defendant fails to do so, a default will be

entered against that Defendant for the relief demanded in the Complaint.

WITNESS my hand and official seal of this Court, this *20* day of *Dec* .

1999.

MARSHA STILLER
Clerk of Court

(SEAL)

s/s DEBBIE FLEETWOOD

By: _____
Deputy Clerk

## NOTICE TO PERSONS WITH DISABILITIES

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION
IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO
COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT
ELSIE HUTTON, 100 EAST OCEAN BLVD., SUITE 200, STUART, FLORIDA 34994. 561-
288-5577 WITHIN 2 WORKING DAYS OF YOUR RECEIPT OF THIS DOCUMENT. IF
YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771. JoANNE HOLMAN

CT System

RECEIVED

FEB 3 2000

SEARS LAW DEPT.

**Service of Process Transmittal Form**
**Plantation, Florida**

**01/31/2000**

Courier   **Via Federal Express (2nd Day)**

**TO:**  Nancy Bova B6-303B
Sears, Roebuck and Co.
3333 Beverly Road
Hoffman Estates, IL  60179

RECEIVED

FEB   3 2000

**BANKRUPTCY
COLLECTION**

**RE:**   **PROCESS SERVED IN FLORIDA**

**FOR**      Sears, Roebuck and Co. Domestic State: NY

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **1. TITLE OF ACTION:** | Robert Emrich, Pltf., vs Sears, Roebuck and Co., Dft. |
| **2. DOCUMENT(S) SERVED:** | Summons, Complaint |
| **3. COURT:** | Martin County Circuit Court, FL <br> Case Number 99-897-CA |
| **4. NATURE OF ACTION:** | Personal injuries; failure to maintain premises in a safe condition. Amount: not exceeding $75,000.00. |
| **5. ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Plantation, Florida |
| **6. DATE AND HOUR OF SERVICE:** | By Process server on 01/31/2000 at 01:30 |
| **7. APPEARANCE OR ANSWER DUE:** | Within 20 days |
| **8. ATTORNEY(S):** | Eric J. Bruning, Esquire <br> (561) 878-4700 <br> 10570 S. U.S. Highway One <br> Port St. Lucie, FL 34952 |
| **9. REMARKS:** | Trial by jury demanded. |

SIGNED      CT Corporation System

PER
ADDRESS    Anne Boutiller /DS
1200 South Pine Island Road
Plantation, FL  33324
SOP WS 0002783374

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

Robert Emrich

**DEFENDANTS**

Sears, Roebuck and Co.

00-14392
CIV-GRAHAM

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED. FRANK P. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

See attached Counsel List

ATTORNEYS (IF KNOWN)

See attached Counsel List

(d) CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   BROWARD,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE   HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | A☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc Security Act | | A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. SS 1332m 1441 and 1446

LENGTH OF TRIAL
via ____ days estimated (for both sides to try entire case) Personal injury action being removed from State Court.

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions):
**IF ANY**

JUDGE Davis

DOCKET NUMBER 99-14277 CIV-DAVIS/LYNCH

DATE
December 20, 2000

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 713660    AMOUNT $150.00    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

**Robert Emrich v. Sears, Roebuck and Co.**
**United States District Court, Southern District of Florida Case No.:**
**Counsel List**

**Attorneys for Plaintiff**

Joseph L. Mannikko, Esq.
Mannikko & Baris
870 S.W. Martin Downs Boulevard
#1
Palm City, FL 34990
561/283-0084 [ofc]
561/283-1084 [fax]


**Attorneys for Defendant**

Jose D. Sosa, Esq.
Arnstein & Lehr
515 North Flagler Drive, Suite 600
West Palm Beach, FL 33401
561/833-9800 [ofc]
561/655-5551 [fax]


101845_1